# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Malibu Media LLC

                                                    Plaintiff,

v.                                                   Case No.: 1:14−cv−00580

                                                  Honorable Joan B. Gottschall

John Doe, subscriber assigned IP address 205.178.214.19

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2014:

      MINUTE entry before the Honorable Joan B. Gottschall:Status hearing held. Parties indicate this case is settled. Therefore, this case is hereby dismissed without prejudice with leave to reinstate by 4/28/2014. The case will be dismissed with prejudice after 4/28/2014. Civil case terminated. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.